# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## JAC 04-830


**STATE OF LOUISIANA,**
**IN THE INTEREST OF D.S., ET AL**



***************


**APPEAL FROM THE**
**FOURTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF CALCASIEU, NO. 15916**
**HONORABLE GUY E. BRADBERRY PRESIDING**


***************


**OSWALD A. DECUIR**
**JUDGE**


***************

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

APPEAL DISMISSED.

D. BRUCE JONES
700 FIRST AVENUE
SULPHUR, LA 70663
Telephone: (337) 528-3314
Counsel for G.S.

STEPHEN A. BERNIARD, JR.
RAGGIO, CAPPEL, CHOZEN & BERNIARD
1011 LAKESHORE DRIVE, SUITE 500
P. O. BOX 820
LAKE CHARLES, LA 70601
Telephone:  (337) 436-9481
Counsel for Louisian Department of Social Services,
Office of Community Services


MIKE STATTON

DISTRICT ATTORNEY OF CALCASIEU PARISH
1020 RYAN STREET
LAKE CHARLES, LA 70601
Telephone: (337) 437-3400
Counsel for State of Louisiana

EDWARD NICHOLS, JR.
827 PUJO STREET
LAKE CHARLES, LA 70601
Telephone: (337) 439-8587
Counsel for juveniles